■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GRIFFIN, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated May 19, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered April 11, 1933, convicting him, after trial, of manslaughter in the first degree, and sentencing him to serve a term of 10 to 20 years, with an additional term of 5 to 10 years for being armed. The judgment was entered after trial, and no appeal was taken therefrom. Defendant contends that medical testimony before the Grand Jury, to the effect that a stab wound was the cause of death, was false or perjurious. Defendant now alleges that the wound was merely superficial. He further states that such facts came to his notice only recently. It appears that prior to the judgment defendant made no motion addressed to the alleged insufficiency of the evidence before the Grand Jury. Order affirmed. In our opinion, inasmuch as the action was tried, defendant's rights were not prejudiced by the preliminary testimony now complained of (see *People* v. *Willett*, 213 N. Y. 368, 375). Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELZA HAZEL, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated August 15, 1960, denying, without a hearing, his motion for resentence as a third felony offender, instead of as a fourth felony offender. On June 28, 1951, judgment was rendered by the said court convicting defendant, on his plea of guilty, of attempted grand larceny in the second degree, and sentencing him, *as a fourth felony offender*, to serve a term of 15 years to life. For the purposes of this appeal the order appealed from has been considered as one denying a motion to vacate a judgment of conviction, otherwise known as an application for a writ of error *coram nobis* (Code Crim. Pro., § 517). Order affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL HENDRY, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Kings County, rendered January 12, 1960, convicting him, after a jury trial, of robbery in the first degree, grand larceny in the first degree, assault in the first degree, and three counts of assault in the second degree, and sentencing him to serve a term of 15 to 30 years on the robbery count and a term of 2½ to 5 years on each of the other counts, all sentences to be served concurrently; and (2) from an order of said court, dated December 2, 1960, denying his motion for a new trial on the ground of newly discovered evidence. Judgment affirmed. No opinion. Appeal from order dismissed. No appeal lies therefrom (Code Crim. Pro., § 517; *People* v. *Palumbo*, 282 App. Div. 1059). However, we have examined the merits and have concluded that we would affirm the order if the appeal were not dismissed. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.